**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Jason T. Lo Temple,                                    Case No. 25-10456-KB
                                                       Chapter 13
      Debtor.

## ORDER

The hearing regarding the Amended Chapter 13 Plan dated August 7, 2025 Filed by Debtor Jason T. Lo Temple [ECF No. 17] is continued to February 20, 2026 at 9:00 a.m.

The Motion to Dismiss Case For Failure to File All Required Documents Filed by Trustee [ECF No. 23] is withdrawn.

Date: 11/21/2025                         /s/ Kimberly Bacher
                                         Kimberly Bacher
                                         Chief Bankruptcy Judge